No. 88-6142.   In re Griffin.   Petition for writ of habeas corpus denied.

No. 88-608.   Independent Federation of Flight Attendants v. Zipes et al.   C. A. 7th Cir.   Certiorari granted.

No. 88-472.   Biberfeld et al. v. United States.   C. A. 3d Cir.   Certiorari denied.

No. 88-491.   Citizens for John W. Moore Party et al. v. Board of Election Commissioners of the City of Chicago et al.   C. A. 7th Cir.   Certiorari denied.

No. 88-530.   Saldana v. New York.   C. A. 2d Cir.   Certiorari denied.

No. 88-532.   Asher v. United States.   C. A. 3d Cir.   Certiorari denied.

No. 88-653.   Wells et al. v. United States.   C. A. D. C. Cir.   Certiorari denied.

No. 88-654.   Joshi v. Florida State University Health Center et al.   C. A. 11th Cir.   Certiorari denied.

No. 88-703.   Celotex Corp. et al. v. Smith Land & Improvement Corp.   C. A. 3d Cir.   Certiorari denied.

No. 88-730.   Forest Hills Early Learning Center, Inc., et al. v. Jackson, Director, Department of Social Services of Virginia, et al.; and
No. 88-932.   Jackson, Director, Department of Social Services of Virginia, et al. v. Forest Hills Early Learning Center, Inc., et al.   C. A. 4th Cir.   Certiorari denied.